AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of

FILED
NOV 30 2004
U.S. DISTRICT COURT

Plaintiff

V.

Defendant

## APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: 04-30245-KPN

I, Shane Rittmiller declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☑ Yes ☐ No (If "No," go to Part 2)

   If "Yes," state the place of your incarceration Hampshire County Jail House of Correction

   Are you employed at the institution? No Do you receive any payment from the institution? No

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed? ☒ Yes ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. Estes Park Lumber, Estes Park, Colorado Employment: 2001 or abouts Take-home salary: $400.00 a week

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment ☐ Yes ☑ No
   b. Rent payments, interest or dividends ☐ Yes ☑ No
   c. Pensions, annuities or life insurance payments ☐ Yes ☑ No
   d. Disability or workers compensation payments ☐ Yes ☑ No
   e. Gifts or inheritances ☐ Yes ☑ No
   f. Any other sources ☑ Yes ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.




# Hampshire County Sheriff's Office

**Account #:** 1187
**Account Name:** RITTMILLER, SHANE E.
**Account Type:** C Inmate Accounts
**SSN:** 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 **Indigent:** No

## Account History Report

| Post. Date | Post. Time | Type | Trans. # | Ref. # | From/To | Amount | Balance | Booking # | Batch ID |
|---|---|---|---|---|---|---|---|---|---|
| 2004/11/16 | 09:27 | CNTN | 89959 | 10005 | OID:100022653-Comisar yPurch-Re | -$0.06 | $0.00 | 41343 | Purch200411160925[illegible] |
| 2004/11/09 | 09:40 | CNTN | 89207 | 99069 | OID:100022406-Comisar yPurch-Re | -$9.95 | $0.06 | 41343 | Purch200411090938[illegible] |
| 2004/11/01 | 10:00 | DPCA | 88246 | C | Rittmiller | $10.00 | $10.01 | 41343 | F110104 |
| 2004/10/19 | 09:25 | CNTN | 86837 | 96627 | OID:100021946-Comisar yPurch-Re | -$0.03 | $0.01 | 41343 | Purch200410190923 3 3 |
| 2004/10/12 | 09:53 | CNTN | 85997 | 95685 | OID:100021746-Comisar yPurch-Re | -$9.97 | $0.04 | 41343 | Purch20041012095212 |
| 2004/10/05 | 09:49 | CNTN | 85274 | 94887 | OID:100021604-Comisar yPurch-Re | -$0.35 | $10.01 | 41343 | Purch20041005093[illegible]8 |
| 2004/10/05 | 09:05 | DPCA | 85200 | C | Mail | $10.00 | $10.36 | 41343 | F100504 |
| 2004/09/28 | 14:46 | CNTN | 84473 | 94025 | OID:100021439-Comisar yPurch-Re | -$2.10 | $0.36 | 41343 | Purch200409281444 8 |
| 2004/09/27 | 10:34 | DPCA | 84256 | 9/16/04 | Commissary Refund | $0.35 | $2.46 | 41343 | F092404 |
| 2004/09/22 | 14:49 | CNTN | 83405 | 93103 | OID:100021254-Comisar yPurch-Re | -$1.91 | $2.11 | 41343 | Purch200409221448 4 |
| 2004/09/21 | 15:55 | CNTN | 82946 | 92257 | OID:100021104-Comisar yPurch-Re | -$8.47 | $4.02 | 41343 | Purch200409211553[illegible] |
| 2004/09/07 | 11:07 | CNTN | 82151 | 91241 | OID:100020866-Comisar yPurch-Re | -$27.53 | $12.49 | 41343 | Purch20040907100[illegible] |
| 2004/09/03 | 13:57 | DPCA | 81940 | C | Rittmiller, M. | $40.00 | $40.02 | 41343 | F090304 |
| 2004/07/06 | 11:19 | CNTN | 75247 | 83135 | OID:100019240-Comisar yPurch-Re | -$0.16 | $0.02 | 41343 | Purch20040706103[illegible]52 |
| 2004/07/02 | 10:13 | CNTN | 74974 | 82581 | OID:100019111-Comisar yRefund-R | $0.03 | $0.18 | 41343 | Purch20040702100[illegible]46 |
| 2004/06/29 | 10:29 | CNTN | 74561 | 82331 | OID:100019111-Comisar yPurch-Re | -$0.13 | $0.15 | 41343 | Purch20040629102[illegible]46 |
| 2004/06/15 | 10:44 | CNTN | 72996 | 80481 | OID:100018715-Comisar yPurch-Re | -$4.50 | $0.28 | 41343 | Purch20040615104[illegible]01 |
| 2004/06/10 | 09:41 | DPCA | 72694 | C | return from hospital | $4.50 | $4.78 | 41343 | F061004 |
| 2004/04/15 | 15:17 | CNTN | 66503 | 73155 | OID:100017207-Comisar yRefund-R | $0.25 | $0.28 | 0 | Purch20040415150[illegible]45 |
| 2004/04/13 | 09:30 | CNTN | 66005 | 72843 | OID:100017207-Comisar yPurch-Re | -$0.25 | $0.03 | 41014 | Purch20040413092[illegible]07 |
| 2004/04/06 | 10:08 | CNTN | 65188 | 72111 | OID:100017106-Comisar yPurch-Re | -$10.02 | $0.28 | 41014 | Purch20040406100[illegible]624 |
| 2004/03/29 | 11:58 | DPCA | 64285 | C | Rittmiller | $10.00 | $10.30 | 41014 | F032904 |
| 2003/12/22 | 11:23 | CNTN | 53003 | 59135 | OID:100014501-Comisar yPurch-Re | -$19.73 | $0.30 | 41014 | Purch2003122211[illegible]214 |
| 2003/12/17 | 09:15 | DPCA | 52407 | C | Rittmiller, D. | $20.00 | $20.03 | 41014 | F12/17/03 |
| 2003/09/30 | 09:34 | CNTN | 43785 | 49295 | OID:100012554-Comisar yPurch-Re | -$0.37 | $0.03 | 41014 | Purch2003093009[illegible]344 |
| 2003/07/25 | 07:41 | CNTN | 36714 | 41501 | OID:100011027-Comisar yRefund-R | $0.35 | $0.40 | 101474 | Purch2003072415[illegible]23[illegible] |
| 2003/07/22 | 09:50 | CNTN | 36295 | 41401 | OID:100011027-Comisar yPurch-Re | -$0.35 | $0.05 | 101474 | Purch20030722093803 |
| 2003/06/24 | 12:57 | CNTN | 33722 | 62403 | Canteen | -$13.40 | $0.40 | 101474 | FC6/24/03 |
| 2003/06/17 | 08:42 | DPCA | 33037 | C | Booking In | $13.80 | $13.80 | 101474 | FD6/17/03 |