AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District | FILED IN CLERK'S OFFICE<br>Case No. 04-30245-KPN |
|---|---|---|
| Name | Prisoner No. | 2004 DEC -8 P 2:38<br>U.S. DISTRICT COURT<br>DISTRICT OF MASS. |

Place of Confinement  *Hampshire County Jail House of Corrections, 205 Rocky Hill Road, Northampton, Massachusetts 01061*

Name of Petitioner (include name under which convicted)  *Shane E. Rittmiller*   v.   Name of Respondent (authorized person having custody of petitioner)  *Sawyer County Circuit Court*

The Attorney General of the State of:

# PETITION

1. Name and location of court which entered the judgment of conviction under attack  *Sawyer County Court, P.O. Box 446, Hayward, Wisconsin, 54843*

2. Date of judgment of conviction  *Pending*

3. Length of sentence  *Pending*

4. Nature of offense involved (all counts)  *03CF111, bail jump; 03CF24, bail jump; 03CF12, drive or operate vehicle without consent*

5. What was your plea? (Check one)
   (a) Not guilty   ☑
   (b) Guilty   ☐
   (c) Nolo contendere   ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury   ☐   *n/a*
   (b) Judge only   ☐

7. Did you testify at the trial?
   Yes ☐   No ☐   *n/a*

8. Did you appeal from the judgment of conviction?
   Yes ☐   No ☐   *n/a*

(2)

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court _____ n/a _____

   (b) Result _____

   (c) Date of result and citation, if known _____

   (d) Grounds raised _____

   _____

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

   (1) Name of court _____

   (2) Result _____

   _____

   (3) Date of result and citation, if known _____

   (4) Grounds raised _____

   _____

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

   (1) Name of court _____

   (2) Result _____

   _____

   (3) Date of result and citation, if known _____

   (4) Grounds raised _____

   _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☐   No ☑

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _____ n/a _____

    (2) Nature of proceeding _____

    (3) Grounds raised _____

    _____

(3)

AO 241   (Rev. 5/85)

_____

_____

_____

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐   No ☐

    (5) Result _____

    (6) Date of result _____

(b) As to any second petition, application or motion give the same information:

    (1) Name of court _____

    (2) Name of proceeding _____

_____

    (3) Grounds raised _____

_____

_____

_____

_____

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐   No ☐

    (5) Result _____

    (6) Date of result _____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
    (1) First petition, etc.    Yes ☐   No ☐
    (2) Second petition, etc.  Yes ☐   No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

12.  State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
     CAUTION: <u>In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

(4)

AO 241    (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: On September 17, 2003, Lieutenant William Martinez, an employee for this jail, refused to let me sign habeas corpus documentation for Circuit Court of Sawyer County, WI.

Supporting FACTS (state *briefly* without citing cases or law): On September 17, 2003, myself, Inmate Shane E. Rittmiller, was in E-Block at this jail, Hampshire County Jail House of Corrections (H.J.H.C.). When approached by Lieutenant William Martinez, William was standing with a fellow employee and I was handed documents from this other employee. As I reached for this documentation, Lieutenant Martinez states, "Tell them he refused to sign." After this, both workers removed themselves from my cell, here at H.J.H.C. in Northampton, Massachusetts, with unsigned documentation from the Sawyer County Circuit Court. I have learned it is habeas corpus proceedings directed at myself, Inmate Shane E. Rittmiller.

(5)

AO 241   (Rev. 5/85)

C. Ground three: _____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

_____

D. Ground four: _____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

_____

_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____
The grounds in 12a has not been presented in any court because this is the first petition for Sawyer County Circuit Court in Wisconsin, thus, this pending case is being stated for the first time.

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☐  No ☑

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a) At preliminary hearing Attorney Martin Jarvis: Suite 2, Spooner, Wisc. 54801; Attorney Paul Moldenhauer: 1517 Belknap Street, Superior, Wis. 54880
(b) At arraignment and plea _____

AO 241    (Rev. 5/85)

    (c) At trial _____

    (d) At sentencing _____

    (e) On appeal _____

    (f) In any post-conviction proceeding _____

    (g) On appeal from any adverse ruling in a post-conviction proceeding _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ☒   No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐   No ☒
    (a) If so, give name and location of court which imposed sentence to be served in the future: _____

    (b) Give date and length of the above sentence: _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐   No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_Nov 22, 2004_
Date

_[signature]_
Signature of Petitioner

(7)